IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

UNITED STATES OF AMERICA

VS

CR NO. 6:22-703

RASHAAN JACKSON GARTH

## PLEA

The defendant, **RASHAAN JACKSON GARTH**, having withdrawn his plea of Not Guilty, pleads **GUILTY** to Count **1** of the **Indictment**.

_____
(Signed) Defendant

Greenville, South Carolina
1/24/23